FILED

NOV 12 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>HOSAM MAHER HUSEIN SMADI,<br><br>             Defendant. | Case No.: CR 09-MJ-70883 PVT<br><br>**ORDER CLOSING CASE NUMBER** |

The above captioned action was inadvertently assigned a criminal magistrate number. The matter is now closed and the criminal magistrate number shall be closed.

IT IS SO ORDERED.

Dated: 11/12/09

PATRICIA V. TRUMBULL
United States Magistrate Judge